UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Fernando D'Araujo,
    Petitioner

        v.                        Civil No. 11-cv-418-PB

United States of America,
    Respondent.


O R D E R

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealabilty. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2255; First Cir. LR 22.0.

    SO ORDERED.


September 7, 2011                                          */s/ Paul Barbadoro*
                                                         Paul Barbadoro
                                                         United States District Court Judge


cc:    Fernando D'Araujo